UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/05

STANTON, J

---

CHARTER OAK FIRE INSURANCE
a/s/o Gursky & Ederer P.C.
and other interested insureds under Policy
Number 680-639W2172

Civ. Action No.: 4199/05 (CCS)

**DEFAULT JUDGMENT**

# 05/1887

Plaintiff,

-against-

LAURA BUTURLA

Defendants

---------------------------------------X

This action having been commenced on April 27, 2005 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Laura Buturla on May 26, 2005, and a proof of service having been filed on June 16, 2005 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED ADJUDGED AND DECIDED: That the plaintiff have judgment against defendant in the liquidated amount of $337,217.26 with interest at 9% from May 16, 2002 amounting to $121,398.38 plus costs and disbursements of this action in the amount of $300 amounting in all to $458,915.64

Dated: New York, New York

Louis L. Stanton
U.S.D.J.

Oct 3, '05

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____